# MILTON C. WOLF v. STATE BOARD OF MEDICAL EXAMINERS and Another.[1]

June 4, 1909.

Nos. 16,106—(130).

Action in the district court for Ramsey county to enjoin the State Board of Medical Examiners and W. S. Fullerton, M. D., its secretary, from revoking the license of plaintiff to practice medicine. The case was tried before Kelly, J., who made findings and ordered judgment that plaintiff take nothing by his complaint, that the restraining order pendente lite be dissolved and that defendant Fullerton recover his costs. From an order denying plaintiff's motion to amend the findings and set aside the conclusions of law, he appealed. Appeal dismissed.

*C. D. & R. D. O'Brien,* for appellant.

*W. R. Duxbury,* for respondents.

PER CURIAM.

Appeal from an order denying plaintiff's motion to amend the findings of fact, to set aside the conclusions of law, and for judgment in his favor. The order is not appealable. Nikannis Co. v. City of Duluth, supra, page 83, 121 N. W. 212.

Appeal dismissed.